## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL R. KRUMM,

                Plaintiff,

   vs.

A.O. SMITH CORPORATION,
BAR MAID CORPORATION

          Defendants.

Court File No.  11-cv-02782-JNE-SER

**ORDER**

This matter came before the Court upon the parties' Stipulation for Dismissal Without Prejudice of defendant A. O. Smith Corporation filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  (*See* Doc. No. 11)  Based thereon,

**IT IS HEREBY ORDERED** that any and all causes of action against defendant A. O. Smith Corporation are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated this 28th day of February, 2012.

s/  Joan N. Ericksen
Joan N. Ericksen, Judge
United States District Court