UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Krumm,

    Plaintiff,

v.                                             Civil No. 11-2782 (JNE/SER)
                                              SPECIAL VERDICT FORM

Bar Maid Corporation,

    Defendant.

We, the jury, answer the questions put to us on this Verdict Form as follows:

1. Did Bar Maid Corporation's design result in a product that was in a defective condition unreasonably dangerous to Michael Krumm?

                                          **No**
                                       Yes or No

2. *If your answer to Question 1 was "Yes," then answer this question*: Was the defective design a direct cause of the injuries sustained by Michael Krumm?

                                            _____
                                       Yes or No

3. Was Axel's River Grill negligent with respect to Michael Krumm's safety?

                                          **Yes**
                                       Yes or No

4. *If your answer to Question 3 was "Yes," then answer this question*: Was Axel's River Grill's negligence a direct cause of Michael Krumm's injuries?

                                          **Yes**
                                       Yes or No

5. Was Michael Krumm negligent with respect to his own safety?

                                          **Yes**
                                       Yes or No



SCANNED
OCT 29 2013
U.S. DISTRICT COURT MPLS

6.  *If your answer to Question 5 was "Yes," then answer this question*: Was Michael Krumm's negligence a direct cause of his own injuries?

Yes
_____
Yes or No

*If you answered "Yes" to any of Questions 2, 4, or 6, then answer Question 7.*

7.  Taking all of the fault that directly caused Michael Krumm's injuries as 100%, what percentage of fault do you attribute to:

| | |
|---|---|
| Bar Maid Corporation<br>*If you answered "Yes" to Question 2* | 0 % |
| Axel's River Grill<br>*If you answered "Yes" to Question 4* | 85 % |
| Michael Krumm<br>*If you answered "Yes" to Question 6* | 15 % |
| | Total: 100 % |

8.  Regardless of how you answered the previous questions, answer this question: Disregarding any negligence on the part of Michael Krumm, what sum of money will fairly and adequately compensate Michael Krumm for damages he experienced as a result of the shock on October 22, 2007?

| | | |
|---|---|---|
| a. | Past damages for bodily and mental harm | $ 100,000.00 |
| b. | Past damages for health care expenses | $ 112,000.00 |
| c. | Past damages for loss of earnings | $ 40,000.00 |
| d. | Future damages for bodily and mental harm | $ 25,000.00 |
| e. | Future damages for health care expenses | $ 23,000.00 |

SIGN AND DATE THIS FORM.

Dated: 10/25/13

**SIGNATURE REDACTED**
_____
Jury Foreperson