AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael R. Krumm,

        Plaintiff(s),

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 11-cv-02782-JNE-SER

A.O. Smith Corporation, Bar Maid Corporation,

        Defendant(s),

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED THAT:
1. This action is DISMISSED WITH PREJUDICE.

October 29, 2013                                    RICHARD D. SLETTEN, CLERK
Date

                                                                         s/Gina Wooton
                                     (By)                     Gina Wooton    Deputy Clerk